# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JOHNSON CONTROLS, INC., )<br>    )<br>        Plaintiff, )<br>    )<br>v. )<br>    )<br>RONALD J. ODOM, )<br>    )<br>        Defendant. )<br>_____/ | Civil Action No. 13-13443 |

## PRELIMINARY INJUNCTION

At a session of said Court held in the City of
Port Huron, County of St. Clair, State of
Michigan on August 29, 2013

Present:    Honorable Lawrence P. Zatkoff
United States District Judge

Upon the agreement of the parties and with the Court being fully advised;

**IT IS ORDERED:**

1. The defendant is enjoined from disclosing confidential and/or proprietary information and trade secrets of plaintiff.

2. The Court shall enforce the Non-Disclosure and Confidentiality Agreements between plaintiff and defendant.

3. The defendant shall (to the extent that he has not already done so) return to plaintiff all confidential information, correspondence, papers, emails, trade secrets and other documents and information of plaintiff that is in defendant's possession and/or control.

4. The defendant shall appear for deposition at the offices of plaintiff's counsel located at 950 W. University in Rochester, Michigan on September 5, 2013 at 9:30 a.m.

5. The surety bond in the amount of $10,000 that was posted by the plaintiff shall be released and cancelled.

6. This Preliminary Injunction shall remain in effect until modified or terminated by the consent of the parties or further order of this Court.

IT IS SO ORDERED.

s/Lawrence P. Zatkoff
Lawrence P. Zatkoff
United States District Judge

Dated: August 29, 2013